# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1081

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Bradford Lazarski, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 27, 2005
Filed: January 5, 2006

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Bradford Lazarski appeals the sentence imposed after Lazarski pleaded guilty to being a felon in possession of a firearm. Lazarski argues the district court[*] erroneously sentenced him as an armed career criminal, because two of the earlier felony convictions upon which his armed-career-criminal classification was based were not violent felonies. Having carefully reviewed the record, we conclude the district court correctly determined the felony convictions in questions were violent felonies within the meaning of the relevant statute. See 18 U.S.C. § 924(e); United

_____

[*]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

States v. Sprouse, 394 F.3d 578, 580-81 (8th Cir. 2005); United States v. Sun Bear, 307 F.3d 747, 752-53 (8th Cir. 2002), cert. denied, 539 U.S. 916 (2003). Accordingly, we affirm. See 8th Cir. R. 47B.

_____